**FILED**

01/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0565

IN THE SUPREME COURT OF THE STATE OF MONTANA

Case No. DA 22-0565

---

DANIEL BRIAN BOUDETTE,

Appellant,

v.

TAMMY MARIE BOUDETTE, n/k/a TAMMY MARIE OSKERSON,

Appellee

---

[PROPOSED] ORDER FOR EXTENSION OF TIME
TO RESPOND TO OPENING BRIEF

---

Upon consideration for Appellee's motion for extension of time to file her response to Appellant's opening brief,

IT IS HEREBY ORDERED, that Appellee Oskerson's response brief shall be filed on or before February 21, 2023.

No further extensions will be granted unless Appellee notifies the Court as to the reason for the extension and whether there is an objection to the motion.

DATED this ___ day of January, 2023.

For the Court,

_____

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 18 2023